IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-799-FL

| | | |
|---|---|---|
| John Ewing, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Federal Bureau of Investigation, | ) | |
|     Defendants. | ) | |

Plaintiff has moved for entry of default [D.E. 8] against defendant, Federal Bureau of Investigation, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend.

In reviewing the Court's docket, the Court finds that the plaintiff has failed to provide a summons to be issued to defendant, Federal Bureau of Investigation, in order to make proper service upon defendant pursuant to Rule 4(b) of the Federal Rules of Civil Procedure. Based on the foregoing, the Court finds that plaintiff's motion for entry of default as to defendant, Federal Bureau of Investigation, is prematurely filed and is hereby denied.

SO ORDERED. This 13th day of January 2014.

_____
Julie A. Richards
Clerk of Court