IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CV-799-FL

| | |
|---|---|
| JOHN EWING, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr. (DE 7), upon frivolity review pursuant to 28 U.S.C. § 1915A. It is recommended therein that the court dismiss plaintiff's complaint as frivolous. No objections to the M&R have been filed, and the time within which to do so has expired. Also before the court is plaintiff's motion for default (DE 8). Issues raised are ripe for ruling. For the reasons that follow, the court adopts the findings and recommendation of the magistrate judge and denies as moot plaintiff's motion for default.

**BACKGROUND**

On November 18, 2013, *pro se* plaintiff, who is currently incarcerated, filed complaint alleging the Federal Bureau of Investigation ("FBI"), and all employees thereof, have violated: (1) his right to privacy by using supercomputers to read his mind, see compl. 1; (2) his Fourth Amendment rights against unlawful search and seizure, see id.; (3) "his attorney work product: through mind reading with and through computers," see id. at 2; (4) his Thirteenth Amendment right

by enslaving him, see id.; and (5) his Fourteenth Amendment right to privacy and due process of law by "us[ing] their jobs . . . to withhold funds from [him] in [the] case John Ewing v. Jewels, Eisners Inc. D/B/A et al., case no. 88-L-389 in the Sixth Judicial Circuit Court of Champaign, Illinois," see compl. 2.  On December 24, 2013, M&R was entered recommending that plaintiff's complaint be dismissed as frivolous.  Plaintiff has not responded, but has filed, on December 27, 2013, a motion for entry of default against defendant.

**COURT'S DISCUSSION**

Upon a careful review of the M&R, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because no objections have been filed, the court reviews the magistrate judge's findings and conclusions only for clear error, and need not give any explanation for adopting the M&R. Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310. 315 (4th Cir.2005); Camby v. Davis, 718 F.2d 198, 200 (4th Cir.1983).

The court, after carefully reviewing the M&R, finds the analysis therein to be thorough, and adopts it in full.  The Prison Litigation Reform Act of 1996 ("PLRA") directs the court to identify "cognizable claims or dismiss the complaint, or any portion of the complaint [that] is frivolous, malicious, or fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915A(b)(1). The magistrate judge determined that plaintiff's claims were frivolous both in law and fact, and fail to state a claim for relief.

As noted in the M&R, plaintiff previously attempted to assert claims that were much the same to the instant claims regarding the FBI's alleged withholding his funds and use of mind reading computers to violate his "attorney work product," and these claims continue to lack an arguable

2

basis in fact or law.  See Ewing v. F.B.I., No. 5:11-CV-344-FL, 2011 WL 6034615, at *3-4 (E.D.N.C. Sept. 30, 2011) mem. and recommendation adopted, No. 5:11-CV-344-FL, 2011 WL 6034614, at *1 (E.D.N.C. Dec. 5, 2011).  Moreover, plaintiff's claims asserting that defendant has used supercomputers to read his mind and deprive him of constitutional rights are clearly frivolous in fact.  See McLean v. United States, 566 F.3d 391, 399 (4th Cir. 2009) ("Examples of frivolous claims include those whose factual allegations are so . . . wholly fanciful as to be simply unbelievable.").  Further, plaintiffs allegations, such as those that he was enslaved, or that defendant violated his Fourth Amendment rights, are conclusions unsupported by sufficient factual matter which, when stated as true, state a plausible claim to relief.  See Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009).

For reasons given the court ADOPTS the M&R in full, and DISMISSES plaintiff's complaint (DE 1) as frivolous.  Where the court has dismissed the complaint, plaintiff's motion for default (DE 8) is DENIED AS MOOT.

SO ORDERED, this the 15th day of January, 2014.

LOUISE W. FLANAGAN
United States District Judge