| | |
|---|---|
| JOHN EWING, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| FEDERAL BUREAU OF INVESTIGATION, | ) No. 5:13-CV-799-FL |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on January 15, 2014, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed as frivolous and plaintiff's motion for entry of default is denied as moot. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 15, 2014, and Copies To:**

John Ewing (via U.S. Mail) Butner - F.M.C., PO Box 1600, Butner, NC 27509

| | |
|---|---|
| January 15, 2014 | JULIE A. RICHARDS, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |